IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEWAYNE E. STARR, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-22-662-D |
| FNU BOWEN, | ) |
| Respondent. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 5], in its entirety.

For the reasons stated therein, Petitioner's Motion to Proceed *in forma pauperis* [Doc. No. 2] is **DENIED**. If Petitioner's filing fee is not received by the Clerk of the Court on or before September 22, 2022, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 1st day of September, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge